UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MOORE,

        Plaintiff,

 -vs-                                    **SCHEDULING ORDER**

                                            05-CV-6063

J. CASSELBERRY, et al.,

        Defendants.
_____

    All pretrial matters having been completed, the Court hereby schedules this case for a trial date status conference. The parties are ordered to appear on **June 30, 2010** at **10:00 a.m.** to report on the case status and to set a trial date. The pro se plaintiff, who is incarcerated, will appear by telephone. The attorney for defendants is ordered to appear in person.

    **IT IS SO ORDERED**.

                                                    _____
                                                    DAVID G. LARIMER
                                                    UNITED STATES DISTRICT JUDGE

Dated:       March 2, 2010
               Rochester, New York